*Belden & Cleaver, for appellant.*
*Atorney General, for appellee.*

---

## J. R. BOTTS ET AL. *v.* COMMONWEALTH.

**Indictment—Filing Away, Not Dismissal.**

     The mere filing away of an indictment is not a dismissal of the prosecution.

**Arrest—Bondsman May Make.**

     After an indictment is filed away the bondman of of the defendant may cause his arrest and delivery to the jailer.

APPEAL FROM CARTER CIRCUIT COURT.

December 6, 1871.

OPINION OF THE COURT BY CHIEF JUSTICE PRYOR:

The demurrers to the original and amended answers were properly sustained.

The mere filing away of the indictment was not a dismissal of the prosecution against Young. His bondsmen might at any time thereafter arrest him and deliver him to the jailer of Carter

county in the manner prescribed by the Criminal Code of Practice. Judgment affirmed.

No attorneys given.